**COURTESY COAL COMPANY, Appellant,**

v.

**Blaine HENSLEY, Appellee.**

Court of Appeals of Kentucky.

March 7, 1958.

William A. Hamm, London, Roy W. House, Manchester, for appellant.

T. T. Burchell, Manchester, for appellee.

PER CURIAM.

The Courtesy Coal Company has filed a motion for an appeal from a judgment in the sum of $500 in favor of Blaine Hensley. After reading the record and considering the briefs, we have concluded that there was sufficient evidence introduced by the appellee to warrant submission of the case to the jury and to sustain the verdict.

The motion is overruled and the judgment is affirmed.